IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:97-cr-00046-MP-AK

MICHAEL TERRANCE HICKS,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 279, Mr. Hicks' Motion for Reconsideration of this Court's order denying a sentencing reduction under 18 U.S.C. § 3582. Mr. Hicks filed a motion seeking a sentence reduction based on the amendments to the Guidelines dealing with crack cocaine. Because of the amounts involved, however, his offense level stayed at 38 and so the Court denied his motion. He now seeks reconsideration, arguing that the policy statements at USSG § 1B1.10 violate separation of powers principles, represent an improper exercise of the sentencing commission's authority, and violate the tenets of the Booker case. He offers no support for these assertions, and these arguments have no merit. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    The Motion for Reconsideration (doc. 279) is denied.

    **DONE AND ORDERED** this  *28th*   day of October, 2008

                             *s/Maurice M. Paul*
                           Maurice M. Paul, Senior District Judge